**IN THE SUPREME COURT OF PENNSYLVANIA
WESTERN DISTRICT**

| | | |
|---|---|---|
| IN RE: ADOPTION OF K.M.G. | : | No. 362 WAL 2019 |
| | : | |
| | : | |
| PETITION OF: T.L.G., MOTHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | | |
| IN RE: ADOPTION OF: A.M.G. | : | No. 363 WAL 2019 |
| | : | |
| | : | |
| PETITION OF: T.L.G., MOTHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | | |
| IN RE: ADOPTION OF S.A.G. | : | No. 364 WAL 2019 |
| | : | |
| | : | |
| PETITION OF: T.L.G., MOTHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | | |
| IN RE: ADOPTION OF J.C.C. | : | No. 365 WAL 2019 |
| | : | |
| | : | |
| PETITION OF: T.L.G., MOTHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 9th day of December, 2019, the Petition for Allowance of Appeal is **GRANTED**, **LIMITED TO** the issue set forth below. Allocatur is **DENIED** as to all remaining issues. The issue, as stated by petitioner, is:

(1) Did the Superior Court commit an error of law by concluding that it has no authority to review, *sua sponte*, whether a child's legal interest was represented by counsel during an involuntary termination of parental rights hearing, as required by Section 2313(a) of the Adoption Act and this Court's decision in *In re Adoption of L.B.M.*?